UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

FILED
IN CLERKS OFFICE

2005 JAN 31  P 5: 09

U.S. DISTRICT COURT
DISTRICT OF MASS.

LUIS BELTRAN,
Pettioner/Appellant,

Case No. : 1:04-CV-12522
(01-CR-10438-WGY)

-v-

UNITED STATES OF AMERICA,
Respondent/Appellee.                    /

## MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

**COMES NOW** the petitioner/appellant Luis Beltran (henceforth Beltran) pro se and asks this honorable court for leave to proceed in forma pauperis on his appeal of the denial of his §2255 motion to vacate. In support thereof Beltran says the following :

1. Beltran is currently in federal custody serving a federal sentence.

2. Beltran is currently in the custody of the BOP at FCC Coleman Medium, P.O. Box 1032, Coleman, Florida 33521-1032.

3. Beltran is indigent and cannot afford the filing fees associated with the instant appeal.

4. Beltran owns no real property, nor does he have any assets, or banking accounts.

5. Beltran has no income, other than gratuities sent by his family.

-2-

"**UNDER THE PENALTY OF PERJURY** Beltran certifies that the foregoing is true and correct." Executed this 26th day of January 2005.

January 26, 2005                                          Respectfully submitted By,

*Luis Beltran*
Luis Beltran, pro se.
Reg. No. 23960-038 C4
FCC Coleman Medium
P.O. Box 1032
Coleman, Florida
33521-1032

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been provided by U.S. mail to the United States Attorneys Office, 1 Courthouse Way, Suite 9200, Boston, Massachussetts 02210 on this 26th day of January 2005.

*Luis Beltran*
Luis Beltran, pro se.