UNITED STATES DISTRICT COURT,
DISTRICT OF MASSACHUSETTS

FILED CLERKS OFFICE
2005 JAN 31 P 5:09
U.S. DISTRICT COURT
DISTRICT OF MASS

LUIS BELTRAN,
Petitioner/Appellant,

Case No. : 1:04-CV-12522
(01-CR-10438-WGY)

-v-

UNITED STATES OF AMERICA,
Respondent/Appellee.            /
_____

## NOTICE OF APPEAL

COMES NOW the petitioner/appellant Luis Beltran pro se, and files the instant notice of appeal. Notifying the court that Luis Beltran is appealing this honrable court's denial of his §2255 motion to vacate, entered on the 1st day of December 2004, by the Honorable District Court Judge William G. Young. The instant notice of appeal is filed timely pursuant to Fed.R.App.P. 4(a)(1)(B).

January 26, 2005

Respectfully Submitted By,

Luis Beltran
_____
Luis Beltran, pro se.
Reg. No. 23960-038 C4
FCC Coleman Medium
P.O. Box 1032
Coleman, Florida
33521-1032